■ The People of the State of New York, Respondent, v Eric Washington, Appellant. [750 NYS2d 76] —Judgment, Supreme Court, New York County (Carol Berkman, J., at hearing; Rosalyn Richter, J., at jury trial and sentence), rendered June 2, 2000, convicting defendant of criminal possession of a forged instrument in the second degree and aggravated unlicensed operation of a motor vehicle in the third degree, and sentencing him, as a second felony offender, to an aggregate term of 3 to 6 years, unanimously affirmed.

Defendant's motion to suppress his statements to the police was properly denied. The record supports the hearing court's finding that defendant was not subjected to interrogation requiring *Miranda* warnings when the officer asked him a single clarifying question, unrelated to the charge for which defendant had been arrested, concerning the ownership of a credit card in his possession bearing a name other than the one he gave at his arrest (*see People v Huffman*, 41 NY2d 29, 34).

The verdict convicting defendant of criminal possession of a forged instrument was based on legally sufficient evidence and was not against the weight of the evidence. The jury could reasonably infer from the evidence presented, including defen-

dant's inconsistent statements about the forged credit card, that he possessed it with the intent to defraud or deceive another person. Concur—Nardelli, J.P., Andrias, Buckley, Sullivan and Friedman, JJ.